ment of fact or a conclusion of fact and not a conclusion of law, and as such was admitted by the demurrer. (*Spies* v. *Munroe*, 35 App. Div. 527; *Rochester R. Co.* v. *Robinson*, 133 N. Y. 242; *Sultan of Turkey* v. *Tiryakian*, 213 id. 429.) The questions of whether or not the agreement made between the city and the State was made for the benefit of the plaintiff, and if so made, whether or not it entitled the plaintiff to recover, should be determined upon the trial. All concur.

FRANK L. PAGE, Respondent, v. NELSON ADAMS and Others, Appellants. — Judgment affirmed, with costs. All concur.

CHARLES H. ADDINGTON, as Trustee of the MARVEL OIL BURNER COMPANY, INC., a Bankrupt, Respondent, v. FORSYTH METAL GOODS COMPANY, Appellant.— Judgment and orders affirmed, with costs. All concur.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. All concur.

In the Matter of the Final Judicial Settlement of the Accounts of NELSON A. ECKLER and Others, as Administrators, etc., of ISABELLA L. PECK, Deceased.— Decree and order affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorneys and filing brief, payable out of the estate. All concur.

ABEL R. MULDER, Respondent, v. U. S. SLICING MACHINE COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

GLENN W. WOODIN, as Trustee in Bankruptcy of the Estate of STANLEY F. NOWAK, etc., Respondent, v. STANLEY F. NOWAK, Otherwise Known, etc., and Others, Appellants.— Judgment affirmed, with costs. All concur.

JONATHAN B. MENNIG, as Administrator, etc., Plaintiff, v. LOUIS G. SCHOEPFLIN, as Sole Executor, etc., and Others, Defendants.— Judgment directed as demanded by the plaintiff in the submission, but under the stipulation, without costs. All concur.

MARY DE HART and Others, Appellants, v. GEORGE V. FORMAN and Others, Respondents.— Order affirmed, with costs. All concur, Kruse, P. J., not sitting.

MARY DE HART and Others, Appellants, v. GEORGE V. FORMAN and Others, Respondents.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

WILLIAM FITZGIBBONS, Respondent, v. THOMAS BOEPPLE, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents upon the grounds: *First.* That the verdict is contrary to and against the weight of the evidence. *Second.* That there is no sufficient evidence to establish the plaintiff's adverse possession of the triangular piece of land in question, or of the practical location by the parties of a boundary line claimed by the plaintiff. *Third.* That the trial court erred in rejecting the evidence of ancient maps made by persons indifferent between the parties, and well-authenticated copies of such maps, and the proof offered that the plaintiff had not paid the water frontage tax on the lands claimed by adverse possession. *Fourth.* That it is unjust and inequitable to take from the defendant lands that will deprive him of a frontage of at